16, 1971. *Richard H. Scobell,* for appellant; *Norman H. Stark,* with him *MacDonald, Illig, Jones & Britton,* for appellee.

Order affirmed.

## New Bethlehem Borough, Appellant, *v.* Burford.

Argued April 15, 1971. *Chester H. Byerly,* for appellant; *Charles R. Alexander,* with him *G. Barrett Garbarino,* for appellee.

Order affirmed.

## Swift Homes, Inc., Appellant, *v.* Shannon.

Argued April 13, 1971. *James F. Malone, III,* with him *Brandt, McManus, Brandt & Malone,* for appellant; *Edgar J. Cooke,* for appellee.

Order affirmed.

HOFFMAN and SPAULDING, JJ., would affirm on the opinion of SILVESTRI, J.

## Textron, Inc. *v.* Froelich, Appellant.

Argued April 14, 1971. *George F. Taylor,* with him *Tucker, Arensberg & Ferguson,* for appellant; *John K. Tabor,* with him *Allan McClain,* and *Kirkpatrick, Lockhart, Johnson & Hutchinson,* for appellee.

OPINION PER CURIAM: AND NOW, this 30th day of June, 1971, it appearing that the court en banc of the